UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                Plaintiff,

       -against-

JOSEPH F. GALEA, et al.,

             Defendants.

**ORDER**

25-CV-09612 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on November 18, 2025. (Doc. 1). On December 23, 2025, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Kimberly H. Galea on December 12, 2025 (Doc. 9), and on January 15, 2026, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Joseph F. Galea on January 14, 2025 (Doc. 10). Other than Mr. Cellucci's motion to be relieved as counsel and the Court's order granting that application (Docs. 11, 12), there has been no activity on the docket since.

Accordingly, by April 3, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendants.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
        March 5, 2026

_____
Philip M. Halpern
United States District Judge